BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-MJ-00238-CKD |
|---|---|---|
| Plaintiff, | ) | Stipulation and Order to Vacate Bench Trial and Set Change of Plea and Sentencing Hearing |
| v. | ) | |
| DANIEL H. AVITIA, SR., | ) | |
| Defendant. | ) | Date:  November 9, 2012 |
| | ) | Time:  9:30 a.m. |
| | ) | Judge: Hon. Carolyn K. Delaney |

It is hereby stipulated and agreed between the United States and the defendant by and through their respective counsel that the previously scheduled bench trial set for November 9, 2012 at 9:30 a.m. be vacated and that a change of plea and sentencing hearing be set for November 29, 2012 at 9:30 a.m.

//
//
//
//
//
//
//

1    Accordingly, the parties jointly request the Court vacate the

2  bench trial on November 9, 2012 at 9:30 a.m. and set a change of

3  plea and sentencing hearing for November 29, 2012 at 9:30 a.m.

4

5  DATED: October 30, 2012              BENJAMIN B. WAGNER
                                        United States Attorney
6

7                                       By: /s/ Jeffrey A. Spivak
                                        JEFFREY A. SPIVAK
8                                       Special Assistant U.S. Attorney

9
   DATED: October 30, 2012              DANIEL J. BRODERICK
10                                      Federal Defender

11
                                        (as authorized on 10/30/12)
12                                      By: /s/ Rachelle Barbour
                                        RACHELLE BARBOUR
13                                      Attorney for Defendant

14
                              O R D E R
15
   IT IS SO ORDERED:
16
   DATED: October 31, 2012
17

18
   /s/ Carolyn K. Delaney
19 HON. CAROLYN K. DELANEY
   United States Magistrate Judge
20

21

22

23

24

25

26

27

28

                                 2